# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Eddie Demarlo Lenear Plaintiff(s),

vs.

state of Minnesota, Minnesota Police department. Officers Grover. Badge # 305. Smith M. Badge # 295, Stier A. Badge # 325 The Judge appointed to this case (in Bank) The Prosecutor, and the Court Administrator.

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

24-cv-2778 (JMB/TNL)

Case No. 27-CR-24-5353
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES [ ] NO [✓]

RECEIVED BY MAIL
JUL 17 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**COMPLAINT**

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff Eddie Demarlo Lenear

      Name Eddie Lenear

      Street Address 1615 26th Ave N

      County, City Henn MpLS

      State & Zip Code MN 55411

      Telephone Number 612-919-6602

SCANNED
JUL 17 2024
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1 Grover badge # 305, Officer smith M. Badge # 295

      Name Officer Stier. A. badge # 325

      Street Address 19 N 4th st. Mpls

      County, City Henn MpLs

      State & Zip Code MN 55 401

   b. Defendant No. 2

      Name Minneapolis police department

      Street Address 19 N. 4th st. Mpls

      County, City Henn MpLS

      State & Zip Code MN 55401

   c. Defendant No. 3 Court Administrator - David J. Hogh of Henn. County (Bloomington's Prosecutor)

      Name Prosecutor, and Judge (In Bank). Susan Burae of Henn. County

      Street Address 300 south 6th st.

      County, City Henn MpLs

      State & Zip Code MN ~~55481~~ 55487

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**

**Check here if additional sheets of paper are attached:** ☑

**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

## JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☑ Federal Question ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply. (US-Moroccan) Treaty of peace (1786) and friendship. Im assorting Im protected by this treaty. Via Art. 4 of the Constitution. Protection against invasions agains Domestic Violence.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: State of Citizenship:

   Defendant No. 1: State of Citizenship:

   Defendant No. 2: State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** ☑

6. What is the basis for venue in the District of Minnesota? (*check all that apply*)

   ☐ Defendant(s) reside in Minnesota ☑ Facts alleged below primarily occurred in Minnesota

   ☐ Other: explain

## STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

See Defendant Affidavit's

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. See Defendants Motion's to Dismiss.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☑
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking. See Bill Due for Monetary Compensation from Exspected advers parties.

Signed this EL day of 7/9/ 24

Signature of Plaintiff Eddie Lenear

Mailing Address 16 15 26th Ave N, Mpls, MN 55411 #5

Telephone Number 612-919-6602
612-919-6602

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

1. Eddie D. Lenear

2. Dajontae M. Lenear