24-cv-2778 (JMB/TNL)

An official website of the United States government
Here's how you know

RECEIVED BY MAIL
JUL 17 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

THE UNITED STATES DEPARTMENT of JUSTICE

# DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

SUMMARY:

- Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.
  For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim.

  The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

**TITLE 18, U.S.C., SECTION 242**

***Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.***

Return to the Criminal Section Home Page

>

*Updated May 19, 2020*

---

Was this page helpful?
Yes No

SCANNED
JUL 17 2024
U.S. DISTRICT COURT MPLS

# NOTICE TO THE AGENT IS NOTICED TO THE PRINCIPAL

02/06/2024

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL.
Notice to the principles is notice to the agent.

I am informing all authority figures putting them on notice.

(I KNOW MY RIGHTS).

To avoid any future laws suites for harassment or violations of my UNALIENABLE INALIENABLE CONSTITUTIONAL RIGHTS.

I would like not to be HARASSED or HINDERED in the EXERCISE of my RIGHTS,

Super injunction
(DO NOT DETAIN).
5 ILCS 805/ illinois. TRUST ACT.
Notice and wanting to highway police enforcements. Unless R.A.S of a CRIME.

Minnesota statute 626.
Subd. 3. Crime. The term "crime," as used in sections 626.04 to 626.17, includes (1) those offenses defined as crimes in section 609.02, subdivision 1, and (2) all violations of municipal ordinances for which a misdemeanor sentence may be imposed.

Murdoch vs Pennsylvania 319 US. 105 (1943).
Invalidated a city ordinance that requires solicitors to obtain a license, finding that it infringes on one's first amendment right of Free press free speech and free exercise of religion.

Mugler vs. Kansas.
under the United States Republic Constitution
system of government and upon the INDIVIDUALITY and INTELLIGENCE of the citizen the state does not claim to control one's conduct to others leaving one to solely judge as to all that affects oneself.

AN INTENTIONAL ALLY.

I'M ASSERTING THAT I'M PROTECTED BY THE (US - MOROCCAN TREATY OF PEACE AND FRIENDSHIP 1786).

VIA. ART. 4 of The CONSTITUTION, PROTECTION AGAINST INVASIONS AGAINST DOMESTIC VIOLENCE.

The SUPREMACY CLAUSE Makes CLEAR that the CONSTITUTION Federal Laws, Federal Regulations, and TREAT Take SUPERIORITY over similar state laws.

MY STATUS FOR THE RECORD. MY ATTRIBUTE.

I AM ( ALL-LAW). A MOORISH NATIONAL
INDIGENOUS SOVEREIGN MELANIN BREATHING BEING OF FLESH AND BLOOD NATIVE TO THIS LAND OF MOROCCO.
WITH THE SAME RIGHTS AS ANY CITIZEN
I AM IN MY (PROPER PERSON).

Section 42 UCC 308. WITHOUT PREJUDICE. I have reserved my COMMON LAW RIGHTS NOT TO BE COMPELLED to PERFORM UNDER ANY CONTRACT I did not enter into KNOWINGLY and VOLUNTARILY.

Gibbon V. Ogen section 8.1, 9.1.
I'm not a subject of commerce, or a corporation. I am Not negro blacker color and I don't consent to the color of law.

I am not a 14th amendment corporate Ward person.
1724 Christian Black codes do not apply to me.

I RESERVE ALL OF MY RIGHTS FOR THE RECORD.

UNIVERSAL DECLARATION OF HUMAN RIGHTS.
Article 20. Everyone has the right to peaceful assembly. NO ONE MAY BE COMPELLED TO BELONG TO ANY ASSOCIATION.

(DO WE HAVE A CONTRACT)?

If not this is FRAUD 18 USC 1001. For any attorney to present these impostor crimes without an injured party, claiming authority to prosecute.
If there's no (injured party), there's no jurisdiction for a crime.

See Sharer V. Cullen 481. F. 945. For a crime to exist there must be an ( injured party ).

Prosecutors do not have standing rights or (locust standi).
THE CAPACITY, STATUS, AUTHORITY, OR JURISDICTION to bring a suit and to the court. Without an injured party claiming authority to prosecute

VIOLATION OF RULE 5.5 unauthorized practice of law.
A plenary licenses is not a license to practice law.
ATTORNEY LICENSE IS A FRAUD /Aug. 16, 2009. Law cannot be licensed in any State or state.

You must be in your, PROPER PERSON, a SOVEREIGN, or a NATURALIZED CITIZEN.

Board V. Square. A lawyer shall not practice law in the jurisdiction in violation of regulations of the legal profession in the jurisdiction or assert another in doing so.

THIS CASE MUST BE DISMISSED. Or move to the Federal Court.

VIOLATION conspiracy against rights..
TITLE 18 USC 242.
Of the prosecutor and judge acting in prosecutor misconduct in conspiracy to convict and extort finances.

11 USC 903 reservation of state power to control the municipality,
I DO NOT CONSENT TO THE COLOR OF LAW.
(2)a judgment entered under such a law may not bind a creditor that does not consent to such composition.

Owens vs City of Independence 445, us 622 (1980).
A municipality has no immunity from liability under section 1983 flowing from its constitutional violations, and may not assert the good faith of its officers..

Owens vs City of Independence 445, us 622 (1980).
And it cannot be done by one power ( eg. Police power that which is, for example prohibited expressly to any other such power ( eg. Taxation eminent domain as a matter of law. US and UT. V. DANIEL'S, 22P. 159, NORTH INDIRECTLY THAT WHICH IS PROHIBITED TO IT DIRECTLY. FAIRBANKS V U S 181, US 283, 294, 300.

Carruthers, 64 M.J. 340 (the Sixth Amendment guarantees an accused's right to be confronted with the witnesses against him; an important function of this constitutionally protected right is to provide the defense an opportunity to expose the possible interests, motives, and biases of prosecution witnesses).

Motion to dismiss. LACK OF AN INJURED PARTY.

Sub sec. 422 PC. Making criminal threats of legal process.

18 US Code section 1589-4 labor.
Demands an insurance bond of all agents involved in this matter. Threatening an abusive legal process.

Abuse- threaten abuse of law or legal Process and serious harm, physical or non including but not limited to psychological, financial, or Repetitional.

Public Acts 230, 331. ABUSE of a SOVEREIGN AUTHORITY for private purposes.
As well as acts done by officials that contravene or exceed their responsibilities.

An offense defined by One SOVEREIGN is necessarily different from an offense defined by another, even when the offense have identical elements. 20- 7622 Denezpi V. UNITED STATES 06/13/2022 - Supreme court.

Brady v. Maryland, 373 U.S. 83, was a landmark U.S. Supreme Court decision.

Requires that the prosecutor turn over any expiratory information in the government's possession to the defendant.

THIS TYPE OF IMMUNITY CAN AFFECT WHETHER THE DEFENDANT CAN BE PROSECUTED.

ZIEGLER V. RAILROAD Co., 58 ala. 599. If any question of fact or liability be conclusively presumed against him. This is not due process of law.

Sec. 242 of title 18 DEPRIVATION of RIGHTS under the color of law.

18 USC SUBSECTION 242.
DETERRENCE OF POLICE MISCONDUCT.

Michigan V. Duke.
State police power extends only to immediate threat to Public health and welfare ect.

State V. Kyan.
However police officers acts must be based on more than a hunch or a whim or curiosity.
18 US CODE SUBSECTION 245- FEDERAL PROTECTION ACTS.

Hoffsomer V. Hayes. 92 Okla 32. 227 F 417- the courts are not bound by an officers interpretation of the Law under which he presumes to act.

US. V. Minker). 350 US 179- BECAUSE OF WHAT APPEARS TO BE A LAWFUL COMMAND ON THE SURFACE MANY CITIZENS BECAUSE OF THEIR RESPECT FOR WHAT ONLY APPEARS TO BE A LAW ARE CUNNINGLY COERCED INTO WAVING THEIR RIGHTS DUE TO IGNORANCE.

What the court must then determine is what was Presidential at the time of the stop in assessing whether there's a fair probability that evidence of a crime will be found.

See State V. Carter 204-5 (Minn. 2005). Evidence that a crime will be found.
See Sharer V. Cullen 481. F. 945. For a crime to exist there must be an ( injured party ).

U.S.C. SUBSECTION 1915 to the extent it challenges State District court jurisdiction over the matter of State v Lenear, No. 43-cr-22-0134. (Minn. Disd. Ct).

Separation of Power Acts. U.S. V. Alvarez.

Acknowledged before me
6/27/24
Michael J. Menner

MICHAEL J. MENNER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2029

Eddie Lenear 6/27/24

AFFIDAVIT OF QUO WARRANTS AND INFORMATION NOTICES DUE TO THE CONTINUAL HARRASSMENT AND VIOLATION OF MY CONSTITUTIONAL, NATURAL HUMAN UNALIENABLE, INALIENABLE RIGHTS AS A FREEMAN OF FLESH AND BLOOD NOT A CORPORATION.

I'm coming to make a special appearance to address this matter under threat, duress, and coercion of being arrested.

18 US Code Section 1589- forced labor.

Demand an Insurance Bond of all Agents involved in these proceedings.

Abuse- threatened abuse of law or legal process and serious harm, physical or none including but not limited to psychology, financial or repititional.

**I do not consent to these proceedings.**

11 USC 903 Reservation of state power to Control a Municipality.

A judgement entered under such a law may not bind a creditor that does not consent.

Owen vs City of Independence 445, US 622(1980)

A municipality has no immunity from liability under Section 1983 flowing from its Constitutional violations and may not assert the good faith of its officers as a defense to such liability.

The Supreme Court rejected the government argument, holding that Congress only has the power to regulate the Channels of Commerce.

**I am not a subject commerce.**

Gibbons vs Ogen Section 8.1, 9.1 Persons are not subjects of commerce.

Unalienable "Incapable of being transferred" things that are not in commerce.

I am not a resident or a citizen, I have minimum contact with the forum of this court and this state.

Before this court can exercise jurisdiction it must be demonstrated that the defendant has (sufficient contract) or (minimum contact) with the state to justify jurisdiction. If the court cannot do so the case MUST BE DISMISSED.

International Shoe Co. vs Washington, 326

Defendant's minimal contact can take the form of general jurisdiction or specific jurisdiction.

Article 4 Section 2 Clause 1 of the Constitution, the citizens of this state shall be entitled to all privileges and immunities of citizens in the several states.

Article 4 Protection against invasions against domestic violence.

**I am not a corporation.**

There is no sufficient contract in dispute and I, deny one exist. If the court cannot prove so, this case must be dismissed.

My title for the record, I am Nobel Freeman.

My status for the record, I am All-Law Moorish National Indigenous Sovereign Freeman of flesh and blood Native to this land of Morocco, with the same rights as any citizen, for the record.

US Morocco Treaty of Peace and Friendship 1787

I am not negro, black or colored. I am not a 14th Amendment corporate ward person.

1724 Christian black codes do not apply to me, I am not a party or member to any society known sacred to the government. I, demand the court to show how I am obligated to comply and compelled to perform under the system of government I am not part of. If the court cannot do so, the case must be dismissed.

For the record, I do not consent to the color of law and reserve all of my rights.

Mulger vs Kansas

Under the United States Republic Constitution system of government and upon the Individuality and Intelligence of the citizen.

The state does not claim to control one's conduct to others. Leaving one the sole judge as to all it affects one's self.

Universal Declaration of Human Rights, no one shall be arbitrarily deprived of their nationality nor the right to change one.

## Article 20

Everyone has the right to Freedom of peaceful Assembly and Association.

No one may be compelled to belong to any Association.

**Article 17**

Everyone has the Right to own property alone as well as with others.

No one shall be arbitrarily deprived of his property.

I, object to these proceedings and I motion to dismiss. I, need to see the verification complaint filed by the city attorney under penalty and perjury that a crime has been committed and I, would like to see the witness who filed the complaint. If there is no injured party then this is "FRAUD." 18 USC 1001 for an attorney to present these imposter crimes without an injured party claiming authority to prosecute, then this case MUST BE DISMISSED.

Federal Law provides that it is a crime to violate the Rights of the people under the Color-of-Law. You can be held personally liable for violating the person's liberties, of the people and for committing FRAUD.

Attempting to cause a person to do something by telling that person that such action is required by law, when it is NOT REQUIRED BY LAW, is not only FRAUD, IT IS A FELONY AND ITS TREASON. Law being the American Constitution, pursuant to Article VI, as well the USC Codes, which are in harmony with the American Constitution of 1791.

It is unlawful for two or persons to go in disguise on the highway or on other premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured.

Murdock vs Pennsylvania 319 US 105(1943) A state may not impose a charge for the enjoyment of a right granted by the Federal Constitution. P. 319 US 113.5

Miller vs Kansas 230 F 2nd 486. 489 The claim of a Constitutional right cannot be converted into a crime.

TITLE 18, USC Section 242 Deprivation of Rights under the Color of Law 42 USC 1983 The Civil Right act of 1871 is a Federal statute, # 42 USC 1983 State level or local law has deprived a person Rights by the U.S. Constitution.

Miranda vs Arizona 324 US 436, 25 where rights secured by the Constitution are involved there can be no rule-making or legislation, which would obligate them.

Marbury vs Madison, 5 US 137.

"The Constitution of the United States is Supreme Law of the Land. And any law that is repugnant to the constitution is null and void.

US Supreme Court say No License is Necessary to Drive automobile on public highway or streets.

Police may not stop motorists without probable cause to suspect a crime or illegal activity, to check their driver's license and auto registration. An officer making a traffic stop based upon a misapprehension of the law, even if reasonable is an ILLEGAL STOP.

Michigan vs Duck

State police power extends only to immediate threat to public health and welfare etc.

Michigan vs Duck 266 US 476 Which driving and speeding are not. arrestabl Charges

State vs Armsted

"The right to Travel, The Right to Mode of Conveyance;" The Right to Locomotion are all absolute Rights, and the police cannot make void the exercise of rights.

Thompson vs Smith 154 S E 579 "The right of a citizen to travel upon the public highways and to transport one's property there on, either by a carriage or automobile, is not a mere privilege which a city may prohibit or permit at will, but

a common right which he or she has under the right to life, liberty and the pursuit of happiness."

California vs Farley, 98 Cal Rep 89 20 CA 3d 1032-

'Speeding, driving without a license, wrong plates or no plates, no registration, no tags, etc. are not "arrestable offenses."

Sherer vs. Cullen 481.F.945 "For a crime to exist, there must be an injured party a (Corpus Dielicti) "There can be no sanction or penalty imposed on one because of this Constitutional right."

Murdock vs. Pennsylvania 319 US. 105 (1943)

Invalidated a city Ordinance that required solicitors to obtain a license, finding that if infringed on the 1st Amendment Right Free press, Free speech, and Free exercise of religion.

That means they have to prove first that you are doing Commerce.

Shuttlesworth vs. Birmingham

If the state converts a liberty into a privilege the citizen can engage in the right with Impunity.

Giving them immunity over whatever law, statute, ordinance, regulation or custom that was impeding on his/her right.

Johnson vs Supreme Court (1984)

The United States US Supreme Court held that Odor alone could not justify a search without a warrant. However many warrantless searches and seizures stemming from the perception of odor's have been upheld in some cases. The odor provided probable cause to arrest for possession of contraband which in turn provided justification for the search.

State vs Kyan 336 528 (Minn 1983)

However the police officer's actions must be based on more than a "hunch or mere whim, caprice or idle curiosity.

An unreasonable search and seizure is a search warrant signed by a judge or magistrate without oath or affirmation of Article 3 of the Constitution of the United States of America.

Describing the particular place to be searched and the particular person or thing to be seized.

## Plain View Doctrine

The doctrine dictates that three conditions must be met for seizing without warrant evidence in Plain view.

Prior valid entry inadvertence.

Probable cause.

Illegal search and seizure.

Fruit of the poisonous tree- Exclusionary rule

Fruit of the Poisonous tree Doctrine

Supreme Court 1984

Segura vs US quote

The Exclusionary rule reaches not only primary evidence obtained as a direct result of an illegal search or seizure but also evidence later discovered and found to be derivative of an illegality or fruit of the poisonous tree, it extends as well to the indirect as the direct products of unconstitutional conduct. Any evidence discovered through a constant-based search during an illegal seizure must be excluded from court.

1983 case Florida vs Royer

Supreme Court dealing with issues involving the 14th Amendment where police conduct search and seizures without a warrant.

In attempt to ensure I am dealing with a legally and lawfully competent court with prescribed jurisdiction for Article 3 of the Constitution of the United States of America.

I, rightfully demand to see the judge's oath or affirmation to support and defend Article 6 of the Constitution in regards to this matter. As well as his delegation of authority order in writing signed by Congress and his affidavit of fact. Proof of naturalization and citizenship. Proof of status and jurisdiction, personal and subject matter.

If in fact, they are an Article 3 judge United States Constitution of America knowing they lawfully and legally do not have personal jurisdiction over this matter. The case must be dismissed.

Louisville vs Motley 211 US 149, 29 S. CT 42 "If any commercial or tribunal court finds absence of proof of jurisdiction over a person and subject matter the case must be dismissed.

This Constitution and the laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the Supreme Law of the land; and the judge's in every state shall be bound thereby, anything in the Constitutional or laws of any state contrary notwithstanding.

Cooper vs Aaron 358 US 1, 78 s Ct. 1401(1958) "No state legislator, Executive, or Judicial officer can war against the Constitution without violating his undertaking to support it.

If this is criminal matter there must exist a party to which I'm obligated to make revenue too. If this is a civil matter there must be an injured party as well as defined and established rule of law.

Boyd vs US 116 US 6-16 The court is to protect against any encroachment of Constitutionally secured liberties.

Industrial Addition Association v. C.I.R. 323 US 310,313, "Lack of Federal Jurisdiction cannot be waived or overcome by agreement of parties and want of jurisdiction may not be cured by consent of parties."

Cohen vs. Virginia 19US (6 Wheat ) 264, 404, 5led 257 (1821)

"When a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an act or acts of treason."

Considering that there is no grounds for these charges to be held against me, no injured party and no contract has been properly identified no crime has been committed. It is prime efficient evidence that these charges are artificial. Leading me to believe that in fact, this is a commercial court to which all parties involved except me are co-conspirators in attempt to extort finances from me. Thus, chargeable under Title 18 US Code Subs 241. Conspiracy against rights 18 US Code 880 receiving the proceeds of extortion at Aaliyah.

Conspiracy to convict 18 US 241 of the prosecutor and judge acting in prosecutorial misconduct in conspiracy to convict.

I'm asserting that I, am protected by The Moroccan-American Treaty of Peace and Friendship of 1786 Pursuant to Article 4 Protects against invasions against domestic violence. THIS CASE MUST BE DISMISSED.

No one in the proceedings has the status, not judge, prosecutor, county or the state of Minnesota or the United States. No one has the Jurisdiction.

Let the record show that any and all future proceedings, demand letters, fees, and fines are impeding on my Constitutional, inalienable and civil rights. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; **nor shall any State deprive any person of life, liberty, or property, without due process of law**, nor deny to any person within its jurisdiction that equal protection of the laws.

This case must be dismissed.

Acknowledged before me by Eddie Demorio Lenear 1/19/23

Michael Menner

MICHAEL J. MENNER
Notary Public-Minnesota
My Commission Expires Jan 31, 2024

Eddie Lenear 1/19/23

# AFFIDAVIT

To: Govenor Tim Walz Minnesota State

Due to the Continuous harassment and depervation of my Unalienable, Natural, Fundamental, Inalienable Constitutional Rights as a Free man of Fleash and Blood.

NOT A CORPOATION

I'm demanding for a $1,000,000 Insurance policy for my self and my family

From the Million Doller Public State funds. Instead of giving it to the police department

Which in this Case has become the Public Safty ISSUE.

Due to high probability of police brutality. I'm Concerned about my Safty and I want to be Protected.

I am demanding Charges be brought up against the Mayor, Jacob L. Frey and the Govenor, Tim Walz for willful Neglect of Duty.

Eddie [signature] 6/6/23

Acknowledged before me 6/6/23 [signature]

MICHAEL J. MENNER
Notary Public-Minnesota
My Commission Expires Jan 31, 2024

# AFFIDAVID

To: Jacob L. Frey Mayor of Minnesota

Due to the Continuous harassment and depervation of my Unalienable, Natural, Fundamental, Inalienable Constitutional Rights as a Free Man of Fleash and Blood.

NOT A CORPOATION

I'm demanding for a $1,000,000 Insurance polcey for my self and my family

From the Mullion Doller Public State Fund's. Instead of giving' it to the police department

Which in this Case has become the Public Safty ISSUE.

Due to high probability of police brutality. I'm Concerned about my Safty and I want to be Protected.

I am demanding Charges be brought up against the Mayor, Jacob L. Frey and the Grovenor Tim Walz for willful Neglect of Duty.

Eddie Lane 6/6/23

MICHAEL J. MENNER
Notary Public-Minnesota
My Commission Expires Jan 31, 2024

acknowledged before me
6/6/23 Michael Menner

**I, OBJECT TO ALL OF THESE PROCEEDINGS AND I, MOTION TO DISMISS.**

I need to see a verification complaint filed by the city attorney under penalty and perjury that a crime has been committed. I would like to see the witness who filed the complaint.

The 6th Amendment secures the accused, the right to face all witnesses against him therefore, this law requires the plaintiff, the injured party be a physical human being that can be cross examined.

If there is no injured party this is "fraud" 18 USC 1001 for any attorney to present these imposter crimes without an injured party, claiming authority to prosecute.

"Conspiracy against rights" "18 USC 241" of the prosecutor and judge acting in "prosecutorial misconduct" in conspiracy to convict.

Failure of the attorney to prosecute the "attorney and judge" is misprision of felony 18 USC 4

Considering there's not a human being present to ensure and attest to the claim made against me bearing witness to the said and signed affidavit and claims made against me that are in alignment with the 5th and 6th Amendment.

Considering that there is no grounds for these charges to be held against me as an injured party in contract has not been properly identified.

<u>TITLE 18, U.S.C., SECTION 242</u>

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any right, privileges, or immunities secured or protected by the Constitution or the laws of the United States,... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such act includes the use, attempted use, or threated use of a dangerous weapon, explosive, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or in attempt to kidnap aggravated sexual abuse, or in attempt to commit aggravated sexual

Acknowledged before me 6/27/24 Michael Menner

MICHAEL J. MENNER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2029

Eddie Lam 6/27/24

JUDICIAL NOTICE

# MOTION TO DISMISS FOR LACK OF STATUS

STATUS: binds or compel (someone) especially legally or morally

I, demand to see adequate evidence that it exist.

Also, meaning a personal or legal condition, personal or proprietary, so there is NO ties to my Birthright legally, socially or morally. Do we have a contract? I, Demand the courts to show proof, for the record, in writing.

Penhallow vs Administrators

Governments are Corporations an Abstraction having no reality or substance.

I am not a 14th Amendment corporate ward person,

I am not Negro, Black or Colored and I am not a member of any society known sacred to the government. The court is in its corporate ward status, I am in my Sovereign natural capacity.

I am Moorish Aboriginal Indigenous sovereign man of flesh and blood, native of this land of Morocco.

US-Morocco treaty of Peace and Friendship 1787.

Diplomatic relations began in 1905

Have I, violated the contract of Article 6 of the Constitution of the United States of America?

What is the nationality of the judge, as well as everyone in the proceedings?

Noble Free Man
Eddie Lenear

Acknowledged before me by
Eddie Demario Lenear
1/20/23
Michael Menner

MICHAEL J. MENNER
Notary Public-Minnesota
My Commission Expires Jan 31, 2024

## I, motion this case be Dismissed.

It is prime efficient evidence that these charges are artificial leading the defendant to believe that in fact this is a commercial court to which all parties are involved except the Defendant are Co-Conspirators in attempt to extort finances from the defendant thus chargeable under Title 18 US Code 880 receiving the proceeds of extortion at Aaliyah.

These proceedings are colorable, fraudulent, and I will be proceeding with the law because it always provides a remedy, and I will be filling criminal charges and civil suits regarding this matter.

This court can disqualify itself and motion this case be dismissed.

Acknowledged before me
6/27/24
Michael Menner

MICHAEL J. MENNER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2029

Eddie Loar 6/27/24

20

# MOTION TO DISMISS

## LACK OF PERSONAL JURISDICTION

Lack of minimum contact violates the non-resident defendant Constitutional right to Due Process and "offends traditional notions of fair play substantial justice."

(International Shoe Co. v Washington, 326 U.S. 310 (1945)).

Defendant's minimum contact can take form of general jurisdiction or specific jurisdiction.

## DUE PROCESS

Is the legal requirement that the state must respect all legal rights that are owed to a person. The United States Constitution 5th and 14th Amendment both guarantees due process when someone is denied "Life, Liberty or Property.

Acknowledged before me
3/8/23

MICHAEL J. MENNER
Notary Public-Minnesota
My Commission Expires Jan 31, 2024

Eddie Lewis
3/8/23

31

# MOTION TO DISMISS

## LACK OF SUBJECT MATTER JURISDICTION

Is the requirement that a given court have the power to hear the specific kind of case, claim that is brought to that court litigating parties may waive personal jurisdiction however they cannot waive subject matter jurisdiction.

Q. what gives the court power to hear a specific kind of case?

A. Article III Section 2 of the Constitution oath of office, Proof to uphold the Constitution.

Subject matter jurisdiction which is jurisdiction over the law involved in the suit. That would be Article 6 of the Constitution.

The Supremacy clause of the Constitution of the United States (Article 6 clause 2)

Establishes that the Constitution, Federal laws made pursuant to it and the treaties made under its authority, constitute the Supreme Law of the land and thus take priority of any conflicting state law.

Article 6 of the Constitution all debts contracted and engagements entered into, before the adoption of this Constitution shall be as valid against the United States under this Constitution, as under the Confederation. **US MOROCCO 1787-TREATY OF PEACE**

Acknowledged before me by Eddie Demerc Lenear 3/8/23

Michael Menner

MICHAEL J. MENNER
Notary Public-Minnesota
My Commission Expires Jan 31, 2024

Eddie Lenear
3/8/23

Motion To Dismiss
Lack of Injured Party

The 6th Amendment secures the accused the right to face all witnesses against him therefore, this law requires the plaintiff ("the injured party") be a physical human being that can be cross examined.

The only time an attorney can act without a human plaintiff is in the case of murder all other cases require the plaintiff be present in court.

To establish a crime has been committed there must be present evidence that you injured another human being or damaged their property.

If there is no injured party this is "fraud" 18 USC 1001 for any attorney to present these imposter crimes without an injured party, claiming authority to prosecute.

"Conspiracy against rights" "18 USC 241" of the prosecutor and judge acting in "prosecutorial misconduct" in conspiracy to convict.

Failure of the attorney to prosecute the "attorney and judge" is misprision of felony 18 USC 4.

**ASSUMPSIT IN LAW**

An act to recover damages for breach of contract 42 USC 1983.
The purpose of this statute was to defer public officials from using the badge of their authority to violate a person's Constitutional rights. **–INFRINGEMENT-**

Supreme Court under Article 32 of the Indian Constitution, in a High Court under Article 226 of the Indian Constitution.

# Affidavit of Fact Point of Order Motion to Dismiss

18/03/2024

As the Beneficiary Authorized to Administer this Estate.

I come to make a special appearance to address this matter under threat duress and coercion of being arrested.

Title 18 U.S. Code subsection 1503 Influencing, threatening letters.
Title 18 us code section 1589 - forced labor.

I do not intend to plea for the record.

I Come to answer in the form of a DEMURRER such that
I DO NOT ACQUIESCE to a quasi jurisdiction.

Penhallow V. Doane's.- Administrators defined government succinctly. Governments are corporations In as much as every government is an artificial person and abstraction a creature of the mind only a government can deal only with artificial persons that imaginary having no reality or substance cannot create or attain parity with the real.

ZIEGLER V. RAILROAD Co., 58 ala. 599. If any question of fact or liability be conclusively presumed against him. This is not due process of law.

(US V. Minker). 350 US 179- BECAUSE OF WHAT APPEARS TO BE A LAWFUL COMMAND ON THE SURFACE MANY CITIZENS BECAUSE OF THEIR RESPECT FOR WHAT ONLY APPEARS TO BE A LAW ARE CURRENTLY COERCED INTO WAVING THEIR RIGHTS DUE TO IGNORANCE.

(OWENS v. CITY. )The STATE is PROHIBITED from VIOLATING SUBSTANTIVE RIGHTS.

Owen the city, 445 us 662 ( 1980. And it cannot do by one power ( eg. Police power that which is, for example prohibited expressly to any other such power ( eg. Taxation Eminent domain as a matter of law. US and UT V. Daniel's, 22 p. 159, nor indirectly that which is prohibited to it directly. Fairbanks v. Us 181, us 283, 294, 300:

Brady v. U.S 116 U.S. 616- "WAIVERS OF CONSTITUTIONAL RIGHTS NOT ONLY MUST THEY BE VOLUTRARY THEY MUST BE NORMALLY INTELLIGENT ACTS DONE WITH SUFFICIENT AWARENESS.

I'M ASSERTING THAT I'M PROTECTED BY THE (US - MOROCCAN TREATY OF PEACE AND FRIENDSHIP 1786). VIA. ART. 4 of The CONSTITUTION, PROTECTION AGAINST INVASIONS AGAINST DOMESTIC VIOLENCE.

The SUPREMACY CLAUSE Makes CLEAR that the CONSTITUTION Federal Laws, Federal Regulations, and TREAT Take SUPERIORITY over similar state laws.

UNTIL this court can PROVE STATUS. What LAW It seeks to get JUSTICE on and JURISDICTION over the person which is PROOF of AUTHORITY done so with my Express WRITTEN PERMISSION as a BENEFICIARY of this ESTATE and SUBJECT MATTER which is the CONSTITUTION article 6.

I'm challenging the STATUS and JURISDICTION of this court. Personal and Subject Matter.

This is a commercial court of incompetent jurisdiction and these proceedings are colorable fraudulent and are a felony an TREASON.

28 USC 1331. FEDERAL QUESTION JURISDICTION.
JURISDICTION and venue chapter 89- District Court.

If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity." (Shuttlesworth v. City of Birmingham, Alabama, 373 U.S. 26.

Kent V. Dulles 357 US 116. 125.- "THE RIGHT TO PARK OR TRAVEL IS A PART OF THE LIBERTY OF WHICH THE (NATIONAL PERSON). CITIZEN CANNOT BE DEPRIVED WITHOUT DUE PROCESS OF LAW UNDER THE FIFTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

Christy v. Elliott. traveling in an automobile speeding running stop signs traveling without a license plate or registration are all not threat to the public safety and thus are not arrestable offenses.

Taylor V. Porter 4. Hell 140. 146. (1843).
Lantana v. Harper. (Boswell V. Otis). Art. 4.
11 USC 903. Owen v. City of Independence 445, us 62 ( 1980 ).
Gibbons Vs. Ogden section 8.1, 9.1.

I'm not a subject of commerce, or a corporation. I am Not negro blacker color and I don't consent to the color of law. I am not a 14th amendment corporate Ward person. 1724 Christian Black codes do not apply to me.
I RESERVE ALL OF MY RIGHTS FOR THE RECORD.

My status for the record. My Attribute, I AM ALL-LAW, a MOORISH NATIONAL INDIGENOUS SOVEREIGN FREE MELANIN BEING of FLESH and BLOOD NATIVE to this LAND of MOROCCO with the SAME RIGHTS as any CITIZEN.

UNIVERSAL DECLARATION OF HUMAN RIGHTS.
ART. 15.
No one shall be arbitrarily denied their nationality.
Art. 20. Everyone has the right to peaceful assembly and association.
Art. 17. Everyone has a right to own property alone as well as in association with others no one shall be arbitrarily deprived their property.

VIOLATIONS of TITLE 18 USC SEC. 242.
Title 18 USC subsection 2340-2340A.
Louisville V. Motley. 211 us 149, (1908)
INDUSTRIAL ADDITION ASSOCIATION. V. C.I.R. 323 US 310, 313.
1c 5-4-1 Beach of contract Art. 4 sec. 8 Oath of office.
Minn statue 626.8475 Breach of contract .
Minn. 626.8471. no show ID unless R.A.S of a Crime.

What the court must then determine is what was Presidential at the time of the stop in assessing whether there's a fair probability that evidence of a crime will be found.
See State V. Carter 204-5 (Minn. 2005). Evidence that a crime will be found.
Sharer V. Cullen 481. F. 945.

In Attempt to assure I'm dealing with a LEGAL and LAWFUL COMPETENT court with prescribed jurisdiction of Art. 3 of the Constitution for the United States of America.
I rightfully DEMAND to see the judges oath of Affirmation to support and defend the CONSTITUTION in regard to this MATTER

To ENSURE that this is not a commercial Court, it must be clearly established for the record that the judge appointed to this case must be an Article 3 judge.

If in FACT they are Art. 3 judge being so have a CONSTITUTIONAL OBLIGATION to ENSURE that MY CONSTITUTIONAL RIGHTS to DUE PROCESS not be VIOLATED, and known that they LEGALLY and LAWFULLY do not have JURISDICTION in this MATTER.

Therefore it must be thrown out and any attempt to ADJUDICATE on this MATTER is UNLAWFUL and UNCONSTITUTIONAL therefore it is an ACT of TREASON against not only ME but the CONSTITUTION and the American people.

#42 USC 1983 state level or local law has deprived a person rights by the United States Constitution.

POINT of ORDER

Issues of Law supersede issues of Fact.

Boswell V. Otis. Courts enforcing statues may not act judicially but ministerially thus no judicial immunity and unlike courts of law do not obtain jurisdiction.

See Lantana V. Harper. The court do not obtain jurisdiction not by Service of Process nor Arrest or Compelled appearance.
I am here against my will seeking LEGAL INTENT.

Section 242 of title 18 makes it a crime for a person acting under the color of law to willfully deprived a person of a right or privileges protected by the CONSTITUTIONAL Law's of the United States.
VIOLATION for infringing imposing transportation codes.

Title 7 transportation codes section 201.904 for commercial vehicles involved in commerce.
Let the record show that this court intends to bring criminal charges against me under a sacred jurisdiction known only to license attorneys.

18 us code subsection 245 Federally Protected Activity.

ARTICLE 6 of The CONSTITUTION grants us two different jurisdictions admiralty or maritime law and Common Law Jurisdiction.
ARTICLE 6 of The CONSTITUTION grants me the right to know the nature and cause of this matter and this court the right to inform me.
ARTICLE 6 of The CONSTITUTION grants me the right to face my accuser and that they be physically able to be cross-examined.

11 USC 903 reservation of state power to control the municipality.

Supreme Court says Congress only have the power to regulate the channels of commerce.
Title 7 transportation codes section 201.904 for commercial motor vehicles involved in commerce.

The color of law is an Appearance of LEGAL authority.

Hoffsomer V. Hayes. 92 Okla 32. 227 F 417- the courts are not bound by an officers interpretation of the Law under which he presumes to act.

Article 1 section 8 clause 3. There is no such jurisdiction without a valid international contract in dispute. I'm not aware of entered into any contract so I deny one exists.

If this court cannot prove how I am obligated to perform or compelled to comply under such a system of government that I am not a party to.

These proceedings are colorable and fraudulent and I will be proceeding with the law because it always provides a remedy and I will be filing criminal charges and civil in regards to this matter. I Demanded this case be dismissed and it will.

MY BILL. AMOUNT DUE. $ 21 million.
1. Violation of oath 18 USC 3571 $25,000
2. Violation protection act of 2000 22 USC sec. 7101. $25,000
3. Denied provisions in the Constitution 18 USC 3571. $250,000.
4. Title 18 USC section 242, 241, 245. $3 million.
5. Violation treason 18 USC 3571 $25,000 609.05. liabilities for crimes of another. The George Floyd law.
6. Violation conspiracy to extort finances.
18 USC 241 25,000.
7. Extortion 18 USC 872 25,000.
8. Male threats 18 USC 876. $25,000
9. Fraud 18 USC 1001 $10,000.
10. Perjury 18 USC 1621 1 million.
11. Denied rights to truth in evidence 18 USC 3571 25,000.
12. Racketeering ( criminal 1 million dollars).
13. Rico law (civil a million dollars).
14. For being illegally detained $10,000
OBJECT TO THESE PROCEEDINGS THIS CASE MUST BE DISMISSED AND IT WILL.

Eddie [signature] 5/20/24

Acknowledged before me
5/28/24
[signature]

MICHAEL J. MENNER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 202

# Affidavit of TRUTH Point of Order, Motion to Dismiss.

18/03/2024

As the Beneficiary Authorized to Administer this Estate.

I'M COMING to make a SPECIAL APPEARANCE to address this matter under THREAT DURESS and COERCION of being ARRESTED.

Sub sec. 422 PC. Making criminal THREATS of LEGAL PROCESS.
For the record. IS Putting THE DEFENDANT in FEAR of the defendants SAFETY.

Title 18 U.S. Code subsection 1503 Influencing, threatening letters.

Title 18 us code section 1589 - forced labor.
Demand insurance bond of all agents in the proceedings.
For THREATENING ABUSE of LEGAL PROCESS.,

I DO NOT intend to PLEA for the record.

I Come to answer in the form of a DEMURRER such that
I DO NOT ACQUIESCE to a quasi jurisdiction.

Section 42 UCC 308. WITHOUT PREJUDICE. I have reserved my COMMON LAW RIGHTS NOT TO BE COMPELLED to PERFORM UNDER ANY CONTRACT I did not enter into KNOWINGLY and VOLUNTARILY.

And I do not accept the liability associated with any UN related contract or commercial agreement.

(DO WE HAVE A CONTRACT)?

If not this is FRAUD 18 USC 1001. For any attorney to present these impostor crimes without an injured party, claiming authority to prosecute.
If there's no (injured party), there's no jurisdiction for a crime.

See Sharer V. Cullen 481. F. 945. For a crime to exist there must be an ( injured party ).

Carruthers, 64 M.J. 340 (the Sixth Amendment guarantees an accused's right to be confronted with the witnesses against him; an important function of this constitutionally protected right is to provide the defense an opportunity to expose the possible interests, motives, and biases of prosecution witnesses).

Motion to dismiss. LACK OF AN INJURED PARTY.

Prosecutors do not have standing rights or (locust standi).
THE CAPACITY, STATUS, AUTHORITY, OR JURISDICTION to bring a suit in to the court. Without an injured party claiming authority to prosecute

The State CANNOT be a PARTY TO THE CASE.

IF the state is a party to the case, it cannot be the judge and the prosecutor.

That is bias and prejudice.
What the State must then prove under penalty and perjury that a crime has been committed.

IF thy State CANNOT DO do SO the case MUST BE DISMISSED.

VIOLATION OF RULE 5.5 unauthorized practice of law.

A plenary licenses is not a license to practice law.
ATTORNEY LICENSE IS A FRAUD /Aug. 16, 2009. Law cannot be licensed in any State or state.

You must be in your, PROPER PERSON, a SOVEREIGN, or a NATURALIZED CITIZEN.

Board V. Square. A lawyer shall not practice law in the jurisdiction in violation of regulations of the legal profession in the jurisdiction or assert another in doing so.

THIS CASE MUST BE DISMISSED. Or move to the Federal Court.

VIOLATION conspiracy against rights..
TITLE 18 USC 242.
Of the prosecutor and judge acting in prosecutor misconduct in conspiracy to convict and extort finances.

Thus chargeable under title 18 US. Code 880. Receiving the proceeds of extortion at Aaliyah.

Super injunction
(DO NOT DETAIN).
5 ILCS 805/ illinois. TRUST ACT.
Notice and wanting to highway police enforcements. Unless R.A.S of a CRIME.

AN INTENTIONAL ALLY.

I'M ASSERTING THAT I'M PROTECTED BY THE (US - MOROCCAN TREATY OF PEACE AND FRIENDSHIP 1786).
VIA. ART. 4 of The CONSTITUTION, PROTECTION AGAINST INVASIONS AGAINST DOMESTIC VIOLENCE.

The SUPREMACY CLAUSE Makes CLEAR that the CONSTITUTION Federal Laws, Federal Regulations, and TREAT Take SUPERIORITY over similar state laws.

My status for the record. My Attribute, I AM ALL-LAW, a MOORISH NATIONAL INDIGENOUS SOVEREIGN FREE MELANIN BREATHING BEING of FLESH and BLOOD NATIVE to this LAND of MOROCCO with the SAME RIGHTS as any CITIZEN.

Dear clerk I rightfully demand (THE AQUSIVE REPORT.).
Please prepare the accounts for the bonds and bar numbers of all the agent in these proceedings.

DEAR CLERK, I NOTICED THAT ALL THIS MONEY WAS CREATED OFF CAPITAL GAIN.
But there's no capital gain for taxes filed.

CAN YOU PLEASE HAVE YOUR ACCOUNTANT PREPARE THE 1099 OID FOR ALL THE ACCOUNTS.

(I AM IN PROPER PERSONA.)

Before this court can EXERCISE JURISDICTION it must be DEMONSTRATED that the DEFENDANT has (SUFFICIENT CONTRACT) or (MINIMUM CONTACT) with the state to JUSTIFY JURISDICTION.

IF THE COURT CANNOT DO SO THE CASE MUST BE DISMISSED

Washington, 326 U.S. 310 (1945).
Defendants' minimum contacts can take the forum of general jurisdiction or specific jurisdiction.

I'm not a resident or citizen of the United States. I have minimum contact with this forum, and This court.

Minimum contacts are a nonresident civil defendant's connections with the forum state (i.e., the state where the lawsuit is brought) that are sufficient for the forum state to assert personal jurisdiction over that defendant.

18 USC SUBSECTION 242.
DETERRENCE OF POLICE MISCONDUCT.

Michigan V. Duke.
State police power extend only to immediate threat to Public health and welfare ect.

State V. Kyan.
However police officers acts must be based on more than a hunch or a whim or curiosity.

18 US CODE SUBSECTION 245- FEDERAL PROTECTION ACTS.

Public Acts 230, 331. ABUSE of a SOVEREIGN AUTHORITY for private purposes.
As well as acts done by officials that contravene or exceed their responsibilities.

Brady v. Maryland, 373 U.S. 83, was a landmark U.S. Supreme Court decision.

Requires that the prosecutor turn over any expiratory information in the government's possession to the defendant.

THIS TYPE OF IMMUNITY CAN AFFECT WHETHER THE DEFENDANT CAN BE PROSECUTED.

An offense defined by One SOVEREIGN is necessarily different from an offense defined by another, even when the offense have identical elements. 20- 7622 Denezpi V. UNITED STATES 06/13/2022 - Supreme court.

ZIEGLER V. RAILROAD Co., 58 ala. 599. If any question of fact or liability be conclusively presumed against him. This is not due process of law.

Hoffsomer V. Hayes. 92 Okla 32. 227 F 417- the courts are not bound by an officers interpretation of the Law under which he presumes to act.

US. V. Minker). 350 US 179- BECAUSE OF WHAT APPEARS TO BE A LAWFUL COMMAND ON THE SURFACE MANY CITIZENS BECAUSE OF THEIR RESPECT FOR WHAT ONLY APPEARS TO BE A LAW ARE CUNNINGLY COERCED INTO WAVING THEIR RIGHTS DUE TO IGNORANCE.

What the court must then determine is what was Presidential at the time of the stop in assessing whether there's a fair probability that evidence of a crime will be found.

See State V. Carter 204-5 (Minn. 2005). Evidence that a crime will be found.
See Sharer V. Cullen 481. F. 945. There must be an injured party. For crime to exist.

Frivolous under 28 U.S.C. SUBSECTION 1915. DISMISS WITHOUT PREJUDICE.

U.S.C. SUBSECTION 1915 to the extent it challenges State District court jurisdiction over the matter of State v Lenear, No. 43-cr-22-0134. (Minn. Disd. Ct).

MOTION / PERIMETARY CHALLENGE PROCEDURE. Sub. Sec. 170.6.

18 us code subsection 245. Federally Protected Activity.

#42 USC 1983 state level or local law has deprived a person rights by the United States Constitution.

28 USC 1331. FEDERAL QUESTION JURISDICTION.

JURISDICTION and venue chapter 89- District Court.

ARTICLE 6 of The CONSTITUTION grants us two different jurisdictions admiralty or maritime law and (Common Law) Jurisdiction.

ARTICLE 6 of The CONSTITUTION grants me the right to know the nature and cause of this matter and this court the right to inform me.
ARTICLE 6 of The CONSTITUTION grants me the right to face my accuser and that they be physically able to be cross-examined.

The color of law is only the APPEARANCE of legal AUTHORITY.

Penhowell V. Doane's.- Administrators defined government succinctly. Governments are corporations In as much as every government is an artificial person and abstraction a creature of the mind only a government can deal only with artificial persons that imaginary having no reality or substance cannot create or attain parity with the real.

11 USC 903 reservation of state power to control the municipality.

Owens vs City of Independence 445, us 622 (1980).
A municipality has no immunity from my ability under section 1983 flowing from its constitutional violations and may not assert the good faith of its officers as a defense to such liability.

Minnesota statute 626.
Subd. 3. Crime. The term "crime," as used in sections 626.04 to 626.17, includes (1) those offenses defined as crimes in section 609.02, subdivision 1, and (2) all violations of municipal ordinances for which a misdemeanor sentence may be imposed.

The Supreme Court says Congress only has the power to regulate the channels of commerce.

Gibbon V. Ogen section 8.1, 9.1.
I'm not a subject of commerce, or a corporation. I am Not negro blacker color and I don't consent to the color of law.
I am not a 14th amendment corporate Ward person.
1724 Christian Black codes do not apply to me.
I RESERVE ALL OF MY RIGHTS FOR THE RECORD.

(OWENS v. CITY. )The STATE is PROHIBITED from VIOLATING SUBSTANTIVE RIGHTS.

Owen the city, 445 us 662 ( 1980. And it cannot do by one power ( eg. Police power that which is, for example prohibited expressly to any other such power ( eg. Taxation Eminent domain as a matter of law.

U.S. and UT V. Daniel's, 22 p. 159, nor indirectly that which is prohibited to it directly. Fairbanks v. Us 181, us 283, 294, 300:

Brady v. U.S 116 U.S. 616- "WAIVERS OF CONSTITUTIONAL RIGHTS NOT ONLY MUST THEY BE VOLUTRARY THEY MUST BE NORMALLY INTELLIGENT ACTS DONE WITH SUFFICIENT AWARENESS.

If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity." (Shuttlesworth v. City of Birmingham, Alabama, 373 U.S. 26.

Kent V. Dulles 357 US 116. 125:- " THE RIGHT TO PARK OR TRAVEL IS A PART OF THE LIBERTY OF WHICH THE (NATIONAL PERSON). CITIZEN CANNOT BE DEPRIVED WITHOUT DUE PROCESS OF LAW UNDER THE FIFTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

Christy v. Elliott. traveling in an automobile speeding running stop signs traveling without a license plate or registration are all not threat to the public safety and thus are not arrestable offenses.

UNIVERSAL DECLARATION OF HUMAN RIGHTS.

Art. 20. Everyone has the right to peaceful assembly and association.
Art. 17. Everyone has a right to own property alone as well as in association with others no one shall be arbitrarily deprived their property.

In Attempt to assure I'm dealing with a LEGAL and LAWFUL COMPETENT court with prescribed jurisdiction of Art. 3 of the Constitution for the United States of America.

I rightfully DEMAND to see the judges oath of Affirmation to support and defend the CONSTITUTION in regard to this MATTER

Louisville v moakley 211. US. 149, 29 s CT. 42. If any commercial or tribunal Court finds absence of proof of jurisdiction over a person and subject matter the case must be dismissed.

To ENSURE that this is not a commercial Court, it must be clearly established for the record that the judge appointed to this case must be an Article 3 judge.

If in FACT they are Art. 3 judge being so have a CONSTITUTIONAL OBLIGATION to ENSURE that MY CONSTITUTIONAL RIGHTS to DUE PROCESS not be VIOLATED, and known that they LEGALLY and LAWFULLY do not have JURISDICTION in this MATTER.

If this court intends to bring criminal charges against the defendant under Article 1 section 8 clause 3. There is no such jurisdiction without a valid international contract in dispute. I'm not aware of entered into any contract so I deny one exists.

Let the record show that this court intends to bring criminal charges against the defendant under a sacred jurisdiction known only to license attorneys.

POINT of ORDER

Issues of Law supersede issues of Fact.

Boswell V. Otis. Courts enforcing statues may not act judicially but ministerially thus no judicial immunity and unlike courts of law do not obtain jurisdiction.

See Lantana V. Harper. The court do not obtain jurisdiction not by Service of Process nor Arrest or Compelled appearance.
I am here against my will seeking LEGAL INTENT.

These proceedings are colorable, fraudulent and I will be proceeding with the law because it always provides a remedy and I will be filing criminal charges and civil in regards to this matter.

I Demanded this case be dismissed this case must be dismissed and it will.

VIOLATIONS of TITLE 18 USC SEC. 242.
Taylor V. Porter 4. Hell 140. 146. (1843).
Lantana v. Harper. (Boswell V. Otis). Art. 4.
11 USC 903. Owen v. City of Independence 445, us 62 ( 1980 ).
Gibbons Vs. Ogden section 8.1, 9.1.
Title 18 USC subsection 2340-2340A.
Louisville V. Motley. 211 us 149, (1908)
INDUSTRIAL ADDITION ASSOCIATION. V. C.I.R. 323 US 310, 313.
1c 5-4-1 Beach of contract Art. 4 sec. 8 Oath of office.
Minn statue 626.8475 Breach of contract .
Minn. 626.8471. no show ID unless R.A.S of a Crime.
Section 242 of title 18 makes it a crime for a person acting under the color of law to willfully deprive a person of a right or privileges protected by the CONSTITUTIONAL Laws of the United States.
VIOLATION for infringing imposing transportation codes.

Title 7 transportation codes section 201.904 for commercial vehicles involved in commerce.

MY BILL. AMOUNT DUE. $ 21 million.
1. Violation of oath 18 USC 3571 $25,000
2. Violation protection act of 2000 22 USC sec. 7101. $25,000
3. Denied provisions in the Constitution 18 USC 3571. $250,000.
4. Title 18 USC section 242, 241, 245. $3 million.
5. Violation treason 18 USC 3571 $25,000 609.05. liabilities for crimes of another. The George Floyd law.
6. Violation conspiracy to extort finances.
18 USC 241 25,000.
7. Extortion 18 USC 872 25,000.
8. Male threats 18 USC 876. $25,000
9. Fraud 18 USC 1001 $10,000.
10. Perjury 18 USC 1621 1 million.
11. Denied rights to truth in evidence 18 USC 3571 25,000.
12. Racketeering ( criminal 1 million dollars).
13. Rico law (civil a million dollars).
14. For being illegally detained $10,000
OBJECT TO THESE PROCEEDINGS THIS CASE MUST BE DISMISSED AND IT WILL.

Acknowledged before me
6/27/24
Michael Menner

MICHAEL J. MENNER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2029

Eddie [signature] 6/27/24

# Affidavit OF TRUTH judicial NOTICE. Motion to dismiss.

30/03/2024

AFFIDAVIT OF TRUTH.

AFFIDAVIT OF QUO WARRANTS, VIOLATIONS AND INFORMATION NOTICE.
DUE TO THE CONTINUAL HARASSMENT AND VIOLATION OF MY UNALIENABLE,
INALIENABLE CONSTITUTIONAL RIGHTS AS A FREE MELANATED BEING OF FLESH AND BLOOD NOT A CORPORATION, OR A SUBJECT OF COMMERCE.

FOR THE RECORD.

I'm COMING to make a SPECIAL APPEARANCE as BENEFICIARY ADMINISTERING this Estate to address this matter Under threat direction cohesion of being arrested.

Title 18 US Code subsection 1503. INFLUENCING INTIMIDATING, THREATENING LETTERS endeavors.

Title 18 us code section 1589 - forced labor. Demands insurance bonds for everybody in the proceedings.

I DO NOT intend to PLEAD.
I COME to answer in the form of a DEMERE such that I do not ACQUIESCE to a quasi JURISDICTION.

(DO WE HAVE A CONTRACT?).

Motion to disqualify. THIS court CAN DISQUALIFY ITSELF.

MOTION-PEREMPTORY CHALLENGE PROCEDURE sub. Sec. 170.6.

Public Acts 230, 331. ABUSIVE of SOVEREIGN AUTHORITY for private purposes.
As well as acts done by officials that contravene or exceed their responsibilities.

MY STATUS FOR THE RECORD.

I'M ASSERTING THAT I'M PROTECTED BY THE (US - MOROCCAN TREATY OF PEACE AND FRIENDSHIP 1786).
VIA. ART. 4 of The CONSTITUTION, PROTECTION AGAINST INVASIONS AGAINST DOMESTIC VIOLENCE.

The SUPREMACY CLAUSE Makes CLEAR that the CONSTITUTION Federal Laws, Federal Regulations, and TREAT Take SUPERIORITY over similar state laws.

MY ATTRIBUTE.
I AM ( ALL-LAW). A MOORISH NATIONAL
INDIGENOUS SOVEREIGN MELANIN BEING NATIVE TO THIS LAND OF MOROCCO.
WITH THE SAME RIGHTS AS ANY CITIZEN.
I'M CHALLENGING THE STATUS and JURISDICTION OF THIS COURT PERSONAL AND SUBJECT MATTER.

22 USC 611 Foreign agency act.

28 us code 1331. Federal question.
This case must be moved to Federal court. For conflict of interest, bias and prejudice.

Jurisdiction and venue chapter 89- district Court, REMOVAL of case from State Court to FEDERAL court.
See.1443 - civil Rights act

CHALLENGE FOR CAUSE UNDER CCP. SUBSECTION 170.1

CONFLICT OF INTEREST BIAS, FINANCIAL AND PERSONAL INTEREST KNOWLEDGE OF FACTS AND RELATIONSHIPS TO A PARTY OR ATTORNEY.
Rule2.9 ex parte communication.

Brady v. Maryland requires prosecutor to disclose material expiratory information in the government's possession to the defendant.

This type of immunity may affect whether the dependent can be prosecuted.

See. 100 SCT 2502. The burden shifts to the court to prove jurisdiction the state must first prove that you are participating in commerce.

11 USC reservation state power to control the municipality.
Owen V. City of Independence 445, us 633 (1980.) a municipality has no immunity from liability under section 1983.

Gibbons V Ogden section 8.1, 9.1
I'm not a subject of commerce, or a corporation. I am Not negro blacker color and I don't consent to the color of law.
I am not a 14th amendment corporate Ward person. 1724 Christian Black codes do not apply to me.
I RESERVE ALL OF MY RIGHTS FOR THE RECORD.

UNTIL this court can PROVE STATUS. What LAW It seeks to get JUSTICE on and JURISDICTION over the person which is PROOF of AUTHORITY done so with my Express WRITTEN PERMISSION as a BENEFICIARY ADMINISTERING this ESTATE and SUBJECT MATTER which is the CONSTITUTION Art VI.

I have MINIMUM CONTACT with this forum and the state.

Defendants' minimum contacts can take the form of (GENERAL JURISDICTION) or (SPECIFIC JURISDICTION.) Some examples of minimum contacts include conducting business within the state, incorporating in the state, and visiting the state.

Minimum contacts are a nonresident civil defendant's connections with the forum state (i.e., the state where the lawsuit is brought) that are sufficient for the forum state to assert personal jurisdiction over that defendant.

Boswell V. Otis. Courts enforcing statutes may not act judicially but merely ministerially thus no judicial immunity and unlike courts of law do not obtain jurisdiction.

See. Lantana v. Harper. The court do not obtain jurisdiction not by service of process nor arrest or compelled appearance.

See Malo v. United States 505f 2d. The court has no AUTHORITY of these matters and rather should dismiss the actions.

See Rosemont V. Lampat. 469 f2d 416.
There is no discretion to ignore the lack of jurisdiction.

28 USC civil rights that case content details. - us code - 2011 - title 28 - part 4.

Industrial addition association V. C.I.R. 323 US 310, 313, LACK OF FEDERAL JURISDICTION CANNOT BE WAIVED OR OVERCOME BY AGREEMENT OF PARTIES AND WANT OF JURISDICTION MAY NOT BE CURED BY CONSENT OF PARTIES.

Cohen V. Virginia 19 us ( 6 wheat) 264, 404, 5led 257 ( 1821). When a judge Acts where he or she does not have jurisdiction to act the judge is engaging in an act or acts of treason.

Louisville V. Motley. 211 us 149, 29 s. CT 42.
If any commercial or tribunal Court finds absence of proof of jurisdiction over a person and subject matter the case must be dismissed.

Without personal jurisdiction over a party, a court's rulings or decrees cannot be enforced upon that party, except by comity; i.e., to the extent that the sovereign which has jurisdiction over the party allows the court to enforce them upon that party.

Bosco V. US. Proud life like company.
When jurisdiction is challenged the party who invoked jurisdiction shifts the burden to the state to prove jurisdiction.

POINT OF ORDER -( JUDICIAL NOTICE ).
ISSUE OF LAW SUPERSEDES ISSUES OF FACT.
NOTICE OF REMOVAL

The state cannot be a party to the case if the state is a party to this case, then it cannot be the judge and the prosecutor clearly that's a conflict of interest. There must be an (injured party) or (SUFFICIENT CONTRACT) in dispute, or (MINIMUM CONTACT).

The case must be moved to Federal Court.
VIOLATION OF RULE 5.5 unauthorized practice of law.

A plenary license is not a license to practice law.
Attorney license is a fraud / Aug. 16, 2009. Law cannot be licensed in any State or state.

You must be in your PROPER PERSON, a SOVEREIGN, or NATURALIZED CITIZEN

BOARD V. SQUARE. A lawyer shall not practice law in the jurisdiction in violation of regulation of legal profession in the jurisdiction or assist another in doing so.

Failure of an attorney to prosecute the attorney and judge is Misprison of felony 18 USC 4.

Prosecutors do not have standing rights or (locust standi.)
The capacity, status, authority, or jurisdiction to bring a suit in the court. Without an injured party claiming authority to prosecute.

VIOLATION of 18 USC 1001 for any attorney to present these impostor crimes without an INJURED PARTY claiming authority to prosecute is FRAUD.

Violation conspiracy against rights. 18 USC 241 of the prosecutor and judge acting in prosecutor misconduct in conspiracy to convict and extort finances.

MN. Penal code 609.05. disorderly conduct.

As a peace officer.
1. Officer Stier A. Badge number 325.
2. Officer Smith M. Badge number 295.
3. Officer Grover. Badge number 305.
4. Court administrator.
5. Judge (In Bank).
6. Prosecutor.
7. Court administrator

or any other government agent or agency that was sworn to protect and uphold the Constitution of the United States of America.

(IGNORANCE OF THE LAW IS NO EXCUSE.).

1. There's no evidence to show that you have signed an oath to we the people.

2. There is no evidence to show that you are in fact a police or policy enforcer for the original Republic.

3. There is no evidence to show that you are not working for a foreign corporation.

4. There is no evidence to show that you did not hold me at gunpoint in an attempt to traffic my person.

Can EVIDENCE be SHOWN for the RECORD or
This is TREASON, 18 USC 3571. $25,000, EXTORTION 18 USC 872. $25,000
Forced law 42 USC 1983. $25,000

Aug 29, 2014. According to the ACLU of Minnesota, unless suspected of a crime law enforcement can't lawfully require you to identify or produce...
State V. Carter 204-5 ( Minn. 2005 ).
Sharer V. Cullen 481. F. 945.

VIOLATION
TORTUOUS NEGLIGENCE.

Infringement POLICE MISCONDUCT PROVISION, (34 U.S.C. subsection 12601).
Discriminatory harassment, unlawful stop and search and seizure. CT 13, 2020

Mulberry V madison. Administrative acts must be constitutional.

MINNESOTA STATUTE SECTION 609. 5314,
Administrative forfeiture. Acting outside of the authority of the agency. Breach of contract Violation 18 USC 3571. $1,000,000

US V. Minker). 350 US 179- BECAUSE OF WHAT APPEARS TO BE A LAWFUL COMMAND ON THE SURFACE MANY CITIZENS BECAUSE OF THEIR RESPECT FOR WHAT ONLY APPEARS TO BE A LAW ARE CURRENTLY COERCED INTO WAVING THEIR RIGHTS DUE TO IGNORANCE.

Michigan v. Duke.
State police power extend only to immediate threat to Public health and welfare etc.

State v. Kyan. 336 528 (Minn 1983).
However police officers acts must be based on more than a hunch or a whim or curiosity.

Attempting to cause a person to do something by telling that person that such action is required by Law, when it is not required by Law, is not only FRAUD, it is a FELONY and TREASON.
Law being the American Constitution, pursuant to article VI, as well as the USC codes, which are in harmony with the American Constitution of 1791.

Section 242 of title 18 makes it a crime for a person acting under the color of any law to willfully deprive a person of a right or privilege protected by the constitutional laws of the United states. 18 us code subsection 245- Federal protection activities.

Considering that there are no grounds for these chargers to be held against the defendant no (injured party) and no (CONTRACT) has been properly identified and no (CRIME) has been committed.

IT IS PRIME EFFICIENT that these CHARGES are ARTIFICIAL leading the Defendants to believe that this is in Fact, a commercial Court to which All parties involved accept the Defendant are co-conspirators In an attempt to EXTORT FINANCES from the Defendants.

Thus chargeable under title 18 US. Code 880. Receiving the proceeds of extortion at Aaliyah.

42 us 1993 An act to RECOVER DAMAGES for BREACH of CONTRACT.

Acceptance Bond, under 3-410 of uniform commercial codes.

18 us code section 1589. DEMAND INSURANCE BOND on all agents in these proceedings

MY BILL. AMOUNT DUE. $33,515,000
1. Violation of oath 18 USC 3571 $25,000
2. Violation protection act of 2000 22 USC sec. 7101. $25,000
3. Denied provisions in the Constitution 18 USC 3571. $250,000.
4. Title 18 USC section 242, 241, 245. $3 million.
5. Violation treason 18 USC 3571 $25,000 609.05. liabilities for crimes of another. The George Floyd law.
6. Violation conspiracy to extort finances.
18 USC 241 25,000.
7. Extortion 18 USC 872 25,000.
8. Male threats 18 USC 876. $25,000

9. Fraud 18 USC 1001 $10,000.
10. Perjury 18 USC 1621 1 million.
11. Denied rights to truth in evidence 18 USC.
14. For being illegally detained $10,000
15. Arbitrary.$25,000
16. Torches negligence. $25,000
17. 11 USC 903. Owen v. City of Independence 445, us 62 ( 1980 ).
18. Louisville v. Motley 211 us 149, 29 s. CT 42. (Industrial edition association V. C.I.R. 323 us 310, 313).
19. (Miller V. US).
20. Breach of contract Violation 18 USC 3571. $1,000,000

Amount due. $ 4 million 645,000. × 7 =
Prosecutor.
Judge.
Court administrator.
3 police officers
Minnesota Police department.
BILL DUE. $ 33,515,000.

Acknowledged before me
6/27/24
Michael J. Menner

MICHAEL J. MENNER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2029

Eddie Lane 6/27/24

# Affidavit OF FACT JUDICIAL NOTICE. Motion to dismiss.

30/03/2024

AFFIDAVIT OF QUO WARRANTS, VIOLATIONS AND INFORMATION NOTICE.
DUE TO THE CONTINUAL HARASSMENT AND VIOLATION OF MY UNALIENABLE,
INALIENABLE CONSTITUTIONAL RIGHTS AS A FREE MELANATED BEING OF FLESH AND BLOOD NOT A CORPORATION, OR A SUBJECT OF COMMERCE.
Native to this LAND of MOROCCO with the same RIGHTS as any citizen.

I'm COMING to make a SPECIAL APPEARANCE as the Beneficiary of this Estate. To address this matter Under threat direction cohesion of being arrested.

Title 18 US Code subsection 1503. INFLUENCING INTIMIDATING, THREATENING LETTERS endeavors.
I'M HERE AGAINST MY WILL FOR THE RECORD.

I DO NOT intend to PLEAD.
I COME to answer in the form of a DEMERE such that I do not ACQUIESCE to a quasi JURISDICTION.

MOTION-PEREMPTORY CHALLENGE PROCEDURE sub. Sec. 170.6.
Personal interest in the case. Bias and Prejudice.
Challenging the status in jurisdiction of this court.

I'M ASSERTING THAT I'M PROTECTED BY THE (US - MOROCCAN TREATY OF PEACE AND FRIENDSHIP 1786).
VIA. ART. 4 of The CONSTITUTION, PROTECTION AGAINST INVASIONS AGAINST DOMESTIC VIOLENCE.

The SUPREMACY CLAUSE Makes CLEAR that the CONSTITUTION Federal Laws, Federal Regulations, and TREAT Take SUPERIORITY over similar state laws.

MY STATUS FOR THE RECORD. MY ATTRIBUTE.

I AM ( ALL-LAW). A MOORISH NATIONAL
INDIGENOUS SOVEREIGN MELANIN BEING NATIVE TO THIS LAND OF MOROCCO.
WITH THE SAME RIGHTS AS ANY CITIZEN.

Boswell V. Otis. Courts enforcing statutes may not act judicially but merely ministerially thus no judicial immunity and unlike courts of law do not obtain jurisdiction.

See. Lantana v. Harper. The court do not obtain jurisdiction not by service of process nor arrest or compelled appearance.

See Malo v. United States 505f 2d. The court has no AUTHORITY of these matters and rather should dismiss the actions.

See Rosemont V. Lampat. 469 f2d 416.
There is no discretion to ignore the lack of jurisdiction.

28 us code 1331. Federal question.
This case must be moved to Federal court. For conflict of interest, bias and prejudice.

Jurisdiction and venue chapter 89- district Court, removal of case from State Court to Federal court. See.1443 - civil Rights act.

28 USC civil rights that case content details. - us code - 2011 - title 28 - part 4.

Industrial addition association V. C.I.R. 323 US 310, 313, LACK OF FEDERAL JURISDICTION CANNOT BE WAIVED OR OVERCOME BY AGREEMENT OF PARTIES AND ONE OF JURISDICTION MAY NOT BE CURED BY CONSENT OF PARTIES.

2. California V. Farley. Speeding driving without a license, wrong plates or no plates, no registration, no tags etc. Are not arrestable offenses.

3. State V. Armistead. The right to travel, the right to motive conveyance.The right to locomotion are absolute rights, and the police cannot void the exercise of Rights.
See. (Thompson V. Smith).

Minnesota Supreme Court on searches and seizures. Warrants signed by judges or magistrates supported by oath article 3.

All warrantless vehicle searches in Minnesota are presumed to be unconstitutional.

In Minnesota, search warrant requirements necessitate law enforcement to demonstrate 'probable cause' to a judge, indicating a reasonable belief that a crime has . outside the judicial process, without prior appeal are prohibited under the Fourth Amendment, with a few detailed exceptions."

Mapp V. OHIO established that the EXCLUSIONARY RULE applies to EVIDENCE gained from an UNREASONABLE SEARCH or SEIZURE in VIOLATION of the FOURTH AMENDMENT.

The U.S. Supreme Court ruled in a 5-3 vote in favor of Mapp. The high court said evidence seized unlawfully, without a search warrant, could not be used in criminal prosecutions in state courts.

POINT OF ORDER AND VIOLATION NOTICE.

TORTUOUS NEGLIGENCE.
DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW TITLE 18 USC 242.

Minnesota statute 626.
Subd. 3. Crime. The term "crime," as used in sections 626.04 to 626.17, includes (1) those offenses defined as crimes in section 609.02, subdivision 1, and (2) all violations of municipal ordinances for which a misdemeanor sentence may be imposed.

VIOLATIONS

Shuttlesworth v. City of Birmingham, Alabama, 373 U.S. 26
18 USC 241, 242.
18 us code subsection 245 Federally Protected Activity.
18 us code section 1589 - forced labor.
18 us code section 1503.
UNALIENABLE INALIENABLE RIGHTS.
Article 4 section 2 clause 1.
Gibbons Vs. Ogden section 8.1, 9.1.
Taylor V. Porter 4 Hell 140. 146. (1843).
Lantana v. Harper, Boswell V. Otis. (Art. 4.)
11 USC 903. Owen v. City of Independence 445, us 62 ( 1980 ). Louisville v. Motley 211 us 149, 29 s. CT 42. (Industrial edition association V. C.I.R. 323 us 310, 313). 11 USC 903. (Miller V. US).
TITLE 18 USC SEC. 242.
Title 18 USC subsection 2340-2340A.
Louisville V. Motley. 211 us 149, (1908)
28 USC 1331. FEDERAL QUESTION JURISDICTION.
JURISDICTION and venue chapter 89- District Court.
INDUSTRIAL ADDITION ASSOCIATION. V. C.I.R. 323 US 310, 313.
1c 5-4-1 Beach of contract Art. 4 sec. 8 Oath of office.
Minn statue 626.8475 Breach of contract .
Minn. 626.8471. no show ID unless R.A.S of a Crime.

What the court must then DETERMINE is what was PRESIDENTIAL at the time of the stop in assessing whether there's a FAIR PROBABILITY that EVIDENCE of a CRIME WILL BE FOUND.

See State V. Carter 204-5 (Minn. 2005). Evidence that a crime will be found.
See Sharer V. Cullen 481. F. 945. For a crime to exist there must be an( injured party ).

YOU HAVE 30 DAYS TO CURE OR BE PERSONALLY HELD LIABLE $1. MILLION

Let the record show that if this court intends to proceed with criminal actions against the Defendant under a sacred jurisdiction known only to licensed attorneys, UNDER admiralty or maritime law. Under article 1 section 8 clause 3, 17.

There is no such JURISDICTION without a VALID INTERNATIONAL CONTRACT INDISPUTE or (SUFFICIENT CONTRACT) or (MINIMUM CONTACT WITH THE STATE). Or an injure party. I have minimum contact with this form.
I am not aware of entering into any contract so I DENY one EXIST.

I AM NOT A PARTY OR MEMBER TO ANY SOCIETY KNOWN SACRED TO THE GOVERNMENT if this court cannot prove how I'm compelled to perform under a society I'm not a party of, THIS CASE MUST BE DISMISSED.

Universal declaration of human Rights ARTICLE 20. No one may be compelled to belong to any association.

POINT OF TRUTH.

Mugler vs. Kansas.
under the United States Republic Constitution
system of government and upon the INDIVIDUALITY and INTELLIGENCE of the citizen the state does not claim to control one's conduct to others leaving one to solely judge as to all that affects oneself.

Murdoch vs Pennsylvania 319 US. 105 (1943).
Invalidated a city ordinance that requires solicitors to obtain a license, finding that it infringes on one's first amendment right of Free press free speech and free exercise of religion.

Kolender V. Lawson ( 461 U.S. 352. 1983)-in which the United States Supreme Court ruled that a police officer could not arrest a citizen merely for refusing to present identification.

Owen V. city, 445 us 662 ( 1980. And it cannot be done by one power). eg. Police power that which is, for example prohibited expressly to any other such power). eg. Taxation Eminent domain as a matter of law. US and UT V. Daniel's, 22 p. 159, nor indirectly that which is prohibited to it directly. Fairbanks v. Us 181, us 283, 294, 300:

Minn. 626.8471. no show ID unless R.A.S of a Crime.

VIOLATIONS
If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity." (Shuttlesworth v. City of Birmingham, Alabama, 373 U.S. 26
18 USC 241, 242.

Hoffsomer V. Hayes. 92 Okla 32. 227 F 417- the courts are not bound by an officers interpretation of the Law under which he presumes to act.

Article 6 section 1 clause 2. The Constitution is the supreme law of the land.

Article 6 of The Constitution says I have the right to face my accuser.

Article 6 section 1 clause 3. The judges in every state shall be bound by the Constitution.

Cooper v Aaron 358 US 1, 78 s Ct. 1401 (1958). No legislator, executive, or judicial officer can war against the Constitution without violating his undertaking to support it.

Kent V. Dulles 357 US 116. 125:- " THE RIGHT TO PARK OR TRAVEL IS A PART OF THE LIBERTY OF WHICH THE (NATIONAL PERSON). CITIZEN CANNOT BE DEPRIVED WITHOUT DUE PROCESS OF LAW UNDER THE FIFTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

Section 609.527 false pretense
Sub.d 5.a. INTENT TO OBTAIN THE IDENTITY OF ANOTHER.

Considering that there are no grounds for these chargers to be held against the defendant no (injured party) and no (CONTRACT) has been properly identified no (CRIME) has been committed. I MOTION THIS Case BE DISMISSED.

IT IS PRIME EFFICIENT that these CHARGES are ARTIFICIAL leading the Defendants to believe that in Fact, this is a commercial Court to which All parties involved accept the Defendant are co-conspirators In an attempt to EXTORT FINANCES from the Defendants.

Thus chargeable under title 18 US. Code 880. Receiving the proceeds of extortion at Aaliyah.

MY BILL. AMOUNT DUE. $ 21 million.
1. Violation of oath 18 USC 3571 $25,000
2. Violation protection act of 2000 22 USC sec. 7101. $25,000
3. Denied provisions in the Constitution 18 USC 3571. $250,000.
4. Title 18 USC section 242, 241, 245. $3 million.
5. Violation treason 18 USC 3571 $25,000 609.05. liabilities for crimes of another. The George Floyd law.
H.R.1280 - George Floyd Justice in Policing Act of 2021
117th Congress (2021-2022).
6. Violation conspiracy to extort finances.
18 USC 241 25,000.
7. Extortion 18 USC 872 25,000.
8. Male threats 18 USC 876. $25,000
9. Fraud 18 USC 1001 $10,000.
10. Perjury 18 USC 1621 1 million.
11. Denied rights to truth in evidence 18 USC 3571 25,000.
12. Racketeering ( criminal 1 million dollars).
13. Rico law (civil a million dollars).
14. For being illegally detained $10,000
OBJECT TO THESE PROCEEDINGS THIS CASE MUST BE DISMISSED AND IT WILL.

Eddie Lee 5/20/24

Acknowledged before me
5/20/24
Michael Menner

MICHAEL J. MENNER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2029